```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 10271
    LATONIA D RANDLE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1956


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/22/2005 and was confirmed 06/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 06/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
BALABAN FURNITURE          SECURED          1000.00          .00        740.34
BALABAN FURNITURE          UNSECURED         446.28          .00           .00
DRIVE FINANCIAL SERVICES   SECURED          5500.00       861.88       3783.83
DRIVE FINANCIAL SERVICES   UNSECURED        1380.95          .00           .00
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED         .00           .00
MOHAM RIAZUDDIN            UNSECURED       NOT FILED         .00           .00
ACE                        UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED         868.36          .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED         .00           .00
CERTEGY                    UNSECURED       NOT FILED         .00           .00
METRO FORD                 UNSECURED       NOT FILED         .00           .00
COLUMBIA HOUSE             UNSECURED       NOT FILED         .00           .00
COMCAST                    UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED         914.92          .00           .00
HORSESHOE CASINO           UNSECURED         450.00          .00           .00
HOUSEHOLD BANK             UNSECURED       NOT FILED         .00           .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED         .00           .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED         .00           .00
UNIVERSITY OF ILLINOIS     UNSECURED       NOT FILED         .00           .00
NATIONAL QUICK CASH        UNSECURED         616.24          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00          .00           .00
SPRINT                     UNSECURED       NOT FILED         .00           .00
TELECHECK SERVICES         UNSECURED       NOT FILED         .00           .00
UIC PHYSICIANS GROUP       UNSECURED       NOT FILED         .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT    210.00           .00        210.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                       454.95
DEBTOR REFUND              REFUND                                         97.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 10271 LATONIA D RANDLE
```

```
----------------------------------------------------------------------------
TRUSTEE                                 8,148.00

PRIORITY                                                          210.00
SECURED                                                         4,524.17
    INTEREST                                                      861.88
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,000.00
TRUSTEE COMPENSATION                                              454.95
DEBTOR REFUND                                                      97.00
                                        ---------------   ---------------
TOTALS                                  8,148.00                8,148.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
    Dated: 01/28/09                    _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 10271 LATONIA D RANDLE